44 So.2d 34

### Claude Lee GARNER v. STATE.
### 6 Div. 880.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 911

### Floyd GILBERT v. STATE.
### 7 Div. 12.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

Attempted grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 912

### W. F. GILMORE v. STATE.
### 6 Div. 13.

Court of Appeals of Alabama.
Feb. 28, 1950.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

Failure to redeliver hired vehicle.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

44 So.2d 912

### W. F. GILMORE v. STATE.
### 6 Div. 14.

Court of Appeals of Alabama.
Feb. 28, 1950.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

44 So.2d 912

### Lonnie Clyde GOOCH v. STATE.
### 8 Div. 754.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

Rape.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

48 So.2d 891

### Quincy GREEN v. STATE.
### 7 Div. 104.

Court of Appeals of Alabama.
Oct. 10, 1950.

Appeal from Circuit Court, Calhoun County; W. D. DeBardelaben, Judge.

Assault and battery.

E. W. Harmon, of Anniston, for appellant.